*CLOSED.*

CLOSED

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **JIAN ZHANG,** | : | **Hon. Dennis M. Cavanaugh** |
| Petitioner, | : | **Civil Action No. 07-1778** |
| v. | : | |
| **UNITED STATES DEPARTMENT OF** | : | **ORDER DISMISSING AS MOOT** |
| **JUSTICE,  et al.,** | | |
| | : | **Electronically filed** |
| Respondents | | |

This matter having been opened to the Court by Christopher J. Christie, United States

Attorney (Peter W. Gaeta, Assistant United States Attorney, appearing), attorney for the

respondents, for an Order dismissing this case as moot because the petitioner has been removed

from the United States and is therefore no longer in custody, and the Court having considered the

matter, and it appearing that the release of the petitioner from the custody of the United States

renders the petition moot, as the relief sought was release from custody and for good cause

shown, it is on this 7th day of  JANUARY    , 2008, hereby

ORDERED that the petition be, and the same hereby is, DISMISSED AS  MOOT.



DENNIS M. CAVANAUGH , JUDGE
UNITED STATES DISTRICT COURT